IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN JAMES WHITNER,

     Appellant,

v.

STATE, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT PROGRAM AND AMBER MARIE ANDERSON,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2509

_____/

Opinion filed December 14, 2015.

An appeal from an order of the Department of Revenue.

Stephen James Whitner, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.


PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., BENTON and KELSEY, JJ., CONCUR.